11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Amerisure Insurance Company,

No. 11-13-00185-CV

* Original Proceeding

* August 8, 2013

* (Panel consists of: Wright, C.J., McCall, J., and Willson, J.)

This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied. Therefore, the petition for writ of mandamus is denied.